# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Giraud H. Hope**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00203-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew LeFaivre | ) | |
| Tin, Fulton, Walker and Owen**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2017 Order.

                                                             May 26, 2017

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court